# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0113. FLUELLEN v. STATE COURT OF FAYETTE COUNTY et al.

Upon consideration of the applicant's Petition for Prohibition, the same is hereby DENIED. The applicant seeks to prevent the lower court from prosecuting several pending criminal charges against him on the ground that "the prosecution has failed to provide sufficient information regarding the nature and cause of the accusations, specifically the elements of personal jurisdiction, venue, and the nature of the action," and to "disqualify the judge for being partial, prejudice, improper demeanor and bias." Prohibition will not lie where there is another legal remedy. *Stokes v. Edwards*, 272 Ga. 98, 526 S.E.2d 853 (2000). Likewise, exhaustion of other legal remedies will be required before a writ of prohibition may be sought. *Gordon v. Whitwell*, 278 Ga. 708, 607 S.E.2d 542 (2004).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/07/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*